**09-CV-00694-APP**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND J. GEBAUER,<br><br>　　　　Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | Case No.　C09-694-JLR<br>　　　　　　(CR06-122-JLR)<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed Petitioner's motion to vacate his judgment and sentence brought under 28 U.S.C. § 2255 (Dkt. 1), the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, *(Petitioner's Objections to the Report and Recommendation)* and the balance of the record, does hereby ORDER:

(1)　The Court adopts the Report and Recommendation;

(2)　Petitioner's Motion to vacate (Dkt. 1) is DENIED and is DISMISSED with prejudice;

(3)　The Clerk of Court is directed to close the case and send copies of this Order to petitioner and to Magistrate Judge Brain A. Tsuchida.

DATED this 13th day of July, 2009.

　　　　　　　　　　　　　　　　　JAMES L. ROBART
　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL – 1